**Saribek SARKISYAN, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–73857.

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2011.*

Filed March 24, 2011.

Artem M. Sarian, Esquire, Sarian Law Group, APLC, Glendale, CA, for Petitioner.

CAC–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, OIL, David V. Bernal, Assistant Director, Liza Murcia, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before: FARRIS, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM **

Saribek Sarkisyan, a native of the Soviet Union and a citizen of Armenia, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his motion to reopen proceedings due to ineffective assistance of counsel. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen and review de novo claims of due process violations in immigration proceedings. *Mohammed v. Gonzales*, 400 F.3d 785, 791–92 (9th Cir.2005). We deny the petition for review.

We agree with the agency's conclusion that Sarkisyan failed to establish that former counsel's performance resulted in prejudice, and thus his claim of ineffective assistance fails. *See Iturribarria v. INS*, 321 F.3d 889, 899–900 (9th Cir.2003) (prejudice results when the performance of counsel "was so inadequate that it may have affected the outcome of the proceedings") (internal quotation marks and citation omitted).

Sarkisyan's remaining contention is unavailing.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

